JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN SURGICAL CENTER, a California medical corporation,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT NEXTEL MEDICAL PLAN ADMINISTRATOR,<br><br>Defendant. | CASE NO.  10 CV-01424 RGK (PLA)<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed, without prejudice, as to defendant Sprint Nextel Medical Plan Administrator until such time as the agreement providing for the resolution of this matter is finalized by and between the parties.  After such time, said dismissal shall be with prejudice and counsel shall file a stipulation with the court to that effect.  Each party shall bear its own fees and costs.

DATED: August 05, 2010

*[signature: Gary Klausner]*

HONORABLE  R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE